Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BOYD,<br><br>   Petitioner,<br><br>  v.<br><br>COMPTON CALIFORNIA SUPERIOR COURT,<br><br>   Respondent. | Case No. CV 07-1594-SVW (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 3/21/08

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BOYD, D 1594\Judgment.wpd